# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| DOUGLAS J. LUCKERMAN ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| NARRAGANSETT INDIAN TRIBE ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NARRAGANSETT INDIAN TRIBE

Date:   March 21, 2013

*Attorney's signature*

JOHN F. KILLOY, JR. #3761
*Printed name and bar number*
Law Office of John F. Killoy, Jr,. LLC
887 Boston Neck Roas, Suite One
Narragansett, RI  02882
(401) 792-9090

*Address*

j.killoy@verizon.net
*E-mail address*

401-792-9090
*Telephone number*

401-783-8788
*FAX number*