STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2013-0124    DOUGLAS LUCKERMAN V NARRA INDIAN TRIBE

Filing Date: 03-04-2013
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 03-22-2013

Plaintiff: DOUGLAS LUCKERMAN
ID: @11572600

Attorney: ANTHONY MURI

Defendant: THE NARRAGANSETT INDIAN TRIBE
ID: @11018900

Attorney: JOHN KILLOY

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-04-2013 | COMPLAINT FILED | |
| 03-04-2013 | INITIAL FILING FEE | |
| 03-04-2013 | Payment Applied | A Payment of -$160.00 was made on receipt SCW51747. |
| 03-13-2013 | SUMMONS, PROOF OF SERVICE FILED | ON NARRAGANSETT INDIAN TRIBE 3-4-2013 |
| 03-22-2013 | NOTICE OF REMOVAL | WITH THE FILING OF FEDERAL CASE ID #CA 13-0185S IN U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND, THIS MATTER IS REMOVED FROM RI SUPERIOR COURT. WC-2013-0124 IS CLOSED. Affiliated: THE NARRAGANSETT INDIAN TRIBE |
| 03-22-2013 | OTH DOC FILED DURING DISCOV | |
| 03-22-2013 | CASE REMVD TO US DISTRICT CT | CERTIFIED COPIES OF COMPLETE FILE ARE HAND-DELIVERED TO DEFENDANT'S COUNSEL. |

TRUE COPY ATTEST

*Edward Morrone* (signature)

EDWARD MORRONE, CLERK
WASHINGTON COUNTY SUPERIOR COURT