IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


DOUGLAS J. LUCKERMAN


      v.                          C.A. No. 13-185-S


NARRAGANSETT INDIAN TRIBE


MOTION TO CORRECT OR MODIFY THE RECORD
PURUANT TO APPELLATE RULE 10(e)


    In accordance with the provisions of Rule 10(e), Federal Rules of Appellate Procedure, Plaintiff Douglas J. Luckerman moves this Court for an order striking from the record of this case a document entitled "Supplemental Exhibit in Support of Motion for Reconsideration," which the Defendant Narragansett Indian Tribe added to the record ten days <u>after</u> this Court issued its Opinion and Order denying the Tribe's Motion for Reconsideration, and seventeen minutes <u>before</u> the Tribe filed its Notice of Appeal from that Opinion and Order.

    This Motion is supported by a memorandum of law filed herewith.

                                            Douglas J. Luckerman
                                            By his attorneys,

                                            /s/ Anthony F. Muri
                                            Anthony F. Muri (R.I. Bar No. 539)
                                            MURI ASSOCIATES LLC
                                            10 Weybosset Street
                                            Providence, RI 02903
                                            (401) 421-7300 Voice
                                            (401) 421-7352 Fax
                                            amuri@murilaw.com

/s/ Albert L. Farrah, Jr.
Albert L. Farrah, Jr. (*pro hac vice*)
Farrah and Farrah
Two Elm Square
Andover, MA 01810
(617) 694 1549
alf@farrah-law.com

CERTIFICATE OF SERVICE

In accordance with the provisions of LR Cv 5.1(a) of the Local Rules of this Court, I hereby certify that this Motion was filed electronically, that it available for viewing and downloading from the ECF system, and that each of the parties was served by means of the ECF system.

/s/ Anthony F. Muri
Anthony F. Muri